**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Unique Fitness Concepts , LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 01-0866283 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 276 Noble Circle<br>Vernon Hills, IL 60061 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Lake<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Unique Fitness Concepts , LLC**　　　　　　　　　　　　　　　Case number (*if known*)　　　　　　　　　
　　　　Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  Unique Fitness Concepts , LLC _____    Case number (*if known*) _____
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply*.)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49        ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99       ☐ 5001-10,000       ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000     ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☒ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000            ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion |

Debtor  Unique Fitness Concepts , LLC                              Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 29, 2024
              MM / DD / YYYY

**X** /s/   Harvey Reich                          Harvey Reich
Signature of authorized representative of debtor   Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Nathan E. Delman                        Date   January 29, 2024
Signature of attorney for debtor                         MM / DD / YYYY

Nathan E. Delman
Printed name

Horwood Marcus   Berk Chartered
Firm name

500 W Madison St Suite 3700
Chicago, IL 60661
Number, Street, City, State & ZIP Code

Contact phone _____   Email address   ndelman@hmblaw.com

_____
Bar number and State

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 4

Debtor  Unique Fitness Concepts, LLC _____  Case number (if known) _____
　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/23/2024
　　　　　　　MM / DD / YYYY

X _/s/ Harvey Reich_____　　Harvey Reich
　Signature of authorized representative of debtor　　Printed name

Title  President

**18. Signature of attorney**

X _____　　　Date _____
　Signature of attorney for debtor　　　　　　　　　　　　MM / DD / YYYY

Nathan E. Delman
Printed name

Horwood Marcus  Berk Chartered
Firm name

500 W Madison St Suite 3700
Chicago, IL 60661
Number, Street, City, State & ZIP Code

Contact phone _____  Email address  ndelman@hmblaw.com

_____
Bar number and State

Official Form 201　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　page 4

```
Amazon Prime Lending Inc
3818 S. Broadway St.
Los Angeles, CA 90037


Bankers Healthcare Group, LLC
3700 Lakeside Dr.
Miramar, FL 33027-3264


BMO Bank N.A.
111 W. Monroe St. 5 East
Chicago, IL 60603


Carlson Dash, LLC
216 S. Jefferson St. Suite 303
Chicago, IL 60661


Chicago Infill Industrial Properties LP
4 Embarcadero Ctr. Suite 814
San Francisco, CA 94111


Chris S. Wunder
180 N. LaSalle St. Suite 2108
Chicago, IL 60601


Christopher J. Cali
201 Solar St.
Syracuse, NY 13204


Cloudfund LLC
400 Rella Blvd. Suite 165-101
Suffern, NY 10901


Corporation Service Company
300 Deschutes Way SW Suite 304
Ravensdale, WA 98051


Fundation Group, LLC
11501 Sunset Hills Road Suite 100
Reston, VA 20190


Goldman Sachs Bank USA
222 South Main Street
Salt Lake City, UT 84101


Harvey Reich
276 Noble Circle
Vernon Hills, IL 60061


Invacare Corp.
One Invacare Way
Elyria, OH 44035


Kapitus Servicing, Inc.
2500 Wilson Blvd. Suite 350
Arlington, VA 22201
```

```
Lori Reich
276 Noble Circle
Vernon Hills, IL 60061


Medline Industries, LP
Three Lakes Dr.
Winnetka, IL 60093


Nguyen | Ballato
2201 Libbie Ave.
Richmond, VA 23230


Rocket Capital NY LLC
7288 Hanover Green Dr. Ste A
Mechanicsville, VA 23111-1709


The CKB Firm
30 North LaSalle St. Suite 1520
Chicago, IL 60602


The Klein Firm LLC
1820 Swarthmore Ave #714
Lakewood, NJ 08701


Wagento Creative LLC
5721 Merle Hay Rd Suite 22
Johnston, IA 50131-3300
```

# United States Bankruptcy Court
## Northern District of Illinois

In re: Unique Fitness Concepts, LLC  
Debtor(s)

Case No.  
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 21

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: January 26, 2024

_/s/ Harvey Reich / President_  
Harvey Reich/President  
Signer/Title

Fill in this information to identify the case:

Debtor name: Unique Fitness Concepts , LLC
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Amazon Prime Lending Inc<br>3818 S. Broadway St.<br>Los Angeles, CA 90037 | | Loan | | | | $150,000.00 |
| Bankers Healthcare Group, LLC<br>3700 Lakeside Dr.<br>Miramar, FL 33027-3264 | | Loan | | | | $94,343.04 |
| BMO Bank N.A.<br>111 W. Monroe St.<br>5 East<br>Chicago, IL 60603 | | Business Line of Credit | | | | $36,320.65 |
| Chicago Infill Industrial Properties LP<br>4 Embarcadero Ctr.<br>Suite 814<br>San Francisco, CA 94111 | | Eviction Judgment | | | | $58,131.09 |
| Cloudfund LLC<br>400 Rella Blvd.<br>Suite 165-101<br>Suffern, NY 10901 | | Loan | | | | $108,000.00 |
| Fundation Group, LLC<br>11501 Sunset Hills Road<br>Suite 100<br>Reston, VA 20190 | | Business Line of Credit | | | | $47,000.00 |
| Goldman Sachs Bank USA<br>222 South Main Street<br>Salt Lake City, UT 84101 | | Business Line of Credit | | | | $125,000.00 |

Official form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims       page 1

Debtor  Unique Fitness Concepts , LLC  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Invacare Corp. One Invacare Way Elyria, OH 44035 | | Trade debt | | | | $10,946.70 |
| Kapitus Servicing, Inc. 2500 Wilson Blvd. Suite 350 Arlington, VA 22201 | | Loan | | | | $324,978.12 |
| Medline Industries, LP Three Lakes Dr. Winnetka, IL 60093 | | Trade debt | | | | $75,000.00 |
| Rocket Capital NY LLC 7288 Hanover Green Dr. Ste A Mechanicsville, VA 23111-1709 | | Loan | | | | $35,000.00 |
| Wagento Creative LLC 5721 Merle Hay Rd Suite 22 Johnston, IA 50131-3300 | | Website Services | | | | $15,000.00 |