## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| UNIQUE FITNESS CONCEPTS , LLC, | Case No. 24- |
| Debtor. |  |

### CORPORATE RESOLUTION

We, Harvey Reich and Lori Reich, collectively are the majority shareholders (50.00 % and 50.00% respectively) of Unique Fitness Concepts , LLC the ("Company"). In addition, we are both the Managers of the Company and there are no other Managers.

We certify that on the 23rd day of January, 2024, we conducted a meeting of the Managers. At that meeting, we decided to place the Company into Chapter 11 protection under the United States Bankruptcy Code.

The Managers further authorized Harvey Reich to execute all documents required by the Company to file the Chapter 11 proceeding.

Dated: January 23, 2024

UNIQUE FITNESS CONCEPTS , LLC

By: _____
Harvey Reich

By: _____
Lori Reich

1