| Fill in this information to identify the case: | |
|---|---|
| Debtor name  Unique Fitness Concepts , LLC | |
| United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS | |
| Case number (if known)  24-01183 | ☐ Check if this is an amended filing |

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 27, 2024         X  _/s/ Harvey Reich_____
                                            Signature of individual signing on behalf of debtor

                                            Harvey Reich
                                            Printed name

                                            President
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Unique Fitness Concepts , LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 24-01183 |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property             12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☒ Yes Fill in the information below.

    | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
    |---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
    |---|---|---|---|
    | 3.1. First American Bank | Checking | 9710 | $1,477.20 |
    | 3.2. Fifth Third Bank | Checking | 6112 | $1,045.17 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                                                                       $2,522.37
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☒ No. Go to Part 3.
    ☐ Yes Fill in the information below.

### Part 3:     Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes Fill in the information below.

11. **Accounts receivable**

Debtor  **Unique Fitness Concepts , LLC**  Case number (If known) 24-01183
Name

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 2,590.97 | - 0.00 | = .... | $2,590.97 |
| | face amount | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**  $2,590.97

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

### Part 4:    Investments

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Home Fitness and Medical Supplies | | $0.00 | Liquidation | $10,000.00 |

23. **Total of Part 5.**  $10,000.00

Add lines 19 through 22.   Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| Debtor | Unique Fitness Concepts , LLC | Case number (If known) 24-01183 |
|---|---|---|
| | Name | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Desks and Chairs | $0.00 | | $200.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers, Telephones, Computer Monitors etc. | $0.00 | | $500.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | $700.00 |
|---|---|---|
| | Add lines 39 through 42.   Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| | **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Fitness Equipment | $0.00 | N/A | $20,000.00 |

| 51. | **Total of Part 8.** | $20,000.00 |
|---|---|---|
| | Add lines 47 through 50.   Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No

| Debtor | Unique Fitness Concepts , LLC | Case number (If known) | 24-01183 |
|---|---|---|---|
| | Name | | |

☐ Yes

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** safewellmedical.com | $0.00 | | $0.00 |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |
| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | | | $0.00 |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  Unique Fitness Concepts , LLC                                   Case number *(If known)*  24-01183
        *Name*

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,522.37 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,590.97 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $35,813.34 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $35,813.34 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Unique Fitness Concepts , LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 24-01183 |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Bankers Healthcare Group, LLC
*Creditor's Name*

3700 Lakeside Dr.
Miramar, FL 33027-3264
*Creditor's mailing address*

*Creditor's email address, if known*

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**          $94,343.04          $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** BMO Bank N.A.
*Creditor's Name*

111 W. Monroe St.
5 East
Chicago, IL 60603
*Creditor's mailing address*

*Creditor's email address, if known*

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**          $36,320.65          $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Unique Fitness Concepts , LLC | Case number (if known) | 24-01183 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.3 | Cloudfund LLC | **Describe debtor's property that is subject to a lien** | $61,920.00 | $0.00 |
| | Creditor's Name | | | |
| | 400 Rella Blvd. Suite 165-101 Suffern, NY 10901 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** ☐ No ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** 9/29/2022 | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| | | | | |
|---|---|---|---|---|
| 2.4 | Fundation Group, LLC | **Describe debtor's property that is subject to a lien** | $47,000.00 | $0.00 |
| | Creditor's Name | | | |
| | 11501 Sunset Hills Road Suite 100 Reston, VA 20190 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** ☒ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| | | | | |
|---|---|---|---|---|
| 2.5 | Goldman Sachs Bank USA | **Describe debtor's property that is subject to a lien** | $125,000.00 | $0.00 |
| | Creditor's Name | | | |
| | 222 South Main Street Salt Lake City, UT 84101 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** ☐ No ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent | | |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 4

| Debtor | Unique Fitness Concepts , LLC | Case number (if known) | 24-01183 |
|---|---|---|---|
| | Name | | |

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

**2.6** **Kapitus Servicing, Inc.**
Creditor's Name

2500 Wilson Blvd.
Suite 350
Arlington, VA 22201
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number** 3081

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $324,978.12     $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7** **Rocket Capital NY LLC**
Creditor's Name

7288 Hanover Green Dr.
Ste A
Mechanicsville, VA
23111-1709
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $35,000.00     $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $724,561.81

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Christopher J. Cali
201 Solar St.
Syracuse, NY 13204 | Line  2.1 | |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 4

| Debtor | Unique Fitness Concepts , LLC | Case number (if known) | 24-01183 |
|---|---|---|---|
| | Name | | |

**Fill in this information to identify the case:**

Debtor name: __Unique Fitness Concepts , LLC__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known): __24-01183__

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Amazon Prime Lending Inc<br>3818 S. Broadway St.<br>Los Angeles, CA 90037<br>Date(s) debt was incurred __9/19/2022__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Loan__<br>Is the claim subject to offset? ☒ No ☐ Yes | $150,000.00 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Carlson Dash, LLC<br>216 S. Jefferson St.<br>Suite 303<br>Chicago, IL 60661<br>Date(s) debt was incurred __<br>Last 4 digits of account number __R473__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Notice Only__<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Chicago Infill Industrial Properties LP<br>4 Embarcadero Ctr.<br>Suite 814<br>San Francisco, CA 94111<br>Date(s) debt was incurred __2023__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Eviction Judgment__<br>Is the claim subject to offset? ☒ No ☐ Yes | $58,131.09 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Chris S. Wunder<br>180 N. LaSalle St.<br>Suite 2108<br>Chicago, IL 60601<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Notice Only__<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |

Debtor  Unique Fitness Concepts , LLC  
Name

Case number (if known)  24-01183

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Invacare Corp.<br>One Invacare Way<br>Elyria, OH 44035 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,946.70 |
|---|---|---|---|
| | Date(s) debt was incurred  2023 | **Basis for the claim:**  Trade debt | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Max Recovery Group<br>55 Broadway<br>3rd Floor<br>New York, NY 10006 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred  2022 | **Basis for the claim:**  Notice Only | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Medline Industries, LP<br>Three Lakes Dr.<br>Winnetka, IL 60093 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75,000.00 |
| | Date(s) debt was incurred  2023 | **Basis for the claim:**  Trade debt | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Nguyen \| Ballato<br>2201 Libbie Ave.<br>Richmond, VA 23230 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred  2024 | **Basis for the claim:**  Notice Only | |
| | Last 4 digits of account number  2229 | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Select Funding<br>c/o Joshua J. Provost<br>Capital Resource International<br>25852 McBean Pkwy - Suite 801<br>Santa Clarita, CA 91355 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $53,053.35 |
| | Date(s) debt was incurred  _ | **Basis for the claim:**  Business Loan | |
| | Last 4 digits of account number  5552 | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>The Klein Firm LLC<br>1820 Swarthmore Ave #714<br>Lakewood, NJ 08701 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred  _ | **Basis for the claim:**  Notice Only | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Wagento Creative LLC<br>5721 Merle Hay Rd<br>Suite 22<br>Johnston, IA 50131-3300 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,000.00 |
| | Date(s) debt was incurred  2022 | **Basis for the claim:**  Website Services | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | Unique Fitness Concepts , LLC | Case number (if known) | 24-01183 |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Corporation Service Company<br>300 Deschutes Way SW<br>Suite 304<br>Ravensdale, WA 98051 | Line  3.1<br>☐ Not listed. Explain ____ | _ |
| 4.2 | The CKB Firm<br>30 North LaSalle St.<br>Suite 1520<br>Chicago, IL 60602 | Line  3.7<br>☐ Not listed. Explain ____ | _ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.     $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 362,131.14 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c.     $ | 362,131.14 |

**Fill in this information to identify the case:**

Debtor name: Unique Fitness Concepts , LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 24-01183

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: Unique Fitness Concepts , LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 24-01183

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Harvey Reich | 276 Noble Circle<br>Vernon Hills, IL 60061 | Kapitus Servicing, Inc. | ☒ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Harvey Reich | 276 Noble Circle<br>Vernon Hills, IL 60061 | Cloudfund LLC | ☒ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Harvey Reich | 276 Noble Circle<br>Vernon Hills, IL 60061 | BMO Bank N.A. | ☒ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Harvey Reich | 276 Noble Circle<br>Vernon Hills, IL 60061 | Rocket Capital NY LLC | ☒ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Harvey Reich | 276 Noble Circle<br>Vernon Hills, IL 60061 | Bankers Healthcare Group, LLC | ☒ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.6 | Lori Reich | 276 Noble Circle<br>Vernon Hills, IL 60061 | Cloudfund LLC | ☒ D __2.3__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | Unique Fitness Concepts , LLC | Case number *(if known)* | 24-01183 |

**Additional Page to List More Codebtors**
Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.7 | Lori Reich | 276 Noble Circle<br>Vernon Hills, IL 60061 | Goldman Sachs Bank USA | ☒ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Lori Reich | 276 Noble Circle<br>Vernon Hills, IL 60061 | BMO Bank N.A. | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Lori Reich | 276 Noble Circle<br>Vernon Hills, IL 60061 | Bankers Healthcare Group, LLC | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |