# Exhibit A

# Unique Fitness Concepts
## SafeWell Medical Supply

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week No.** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| **Week Beginning** | 5/27/2024 | 6/3/2024 | 6/10/2024 | 6/17/2024 | 6/24/2024 | 7/1/2024 | 7/8/2024 | 7/15/2024 | 7/22/2024 | 7/29/2024 | 8/5/2024 | 8/12/2024 | 8/19/2024 |
| Sales | 2,250 | 2,500 | 2,500 | 2,750 | 2,750 | 3,000 | 3,000 | 3,500 | 3,500 | 4,000 | 4,500 | 5,000 | 5,000 |
| Asset Sales | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Sales/Cash Receipts** | 2,250 | 2,500 | 2,500 | 2,750 | 2,750 | 3,000 | 3,000 | 3,500 | 3,500 | 4,000 | 4,500 | 5,000 | 5,000 |
| **Cash Expenses** | | | | | | | | | | | | | |
| COGS (Cost of Goods Sold) | 1,463 | 1,625 | 1,625 | 1,788 | 1,788 | 1,950 | 1,950 | 2,275 | 2,275 | 2,600 | 2,925 | 3,250 | 3,250 |
| Marketing Expenses | 500 | 500 | 500 | 500 | 500 | 750 | 750 | 750 | 750 | 1,000 | 1,000 | 1,000 | 1,000 |
| Operating Expenses | | | | | | | | | | | | | |
| Gorgios Online Chat | | | 10 | | | | 10 | | | | | 10 | |
| BigCommerce e-Commerce Platform | | | | 254 | | | | 254 | | | | 254 | |
| GoDataFeed | | | | 39 | | | | 39 | | | | 39 | |
| IT Systems Support and Maintenance | | | 30 | | | | 30 | | | | | 30 | |
| Intuit Accounting Software | | | | | 399 | | | | 399 | | | | 399 |
| Bank Fees | | | 65 | | | | 65 | | | | | 65 | |
| Credit Card Processing Fees | 71 | 79 | 79 | 87 | 87 | 95 | 95 | 111 | 111 | 126 | 142 | 158 | 158 |
| Sales Tax | 68 | 75 | 75 | 83 | 83 | 90 | 90 | 105 | 105 | 120 | 135 | 150 | 150 |
| Occupancy Costs | | 602 | | | | | | | | | | | |
| Inventory Storage Costs | | | | | | 283 | | | | | 283 | | |
| **Total Expenses** | 2,034 | 2,204 | 2,384 | 2,667 | 2,773 | 2,795 | 2,990 | 3,429 | 3,535 | 3,726 | 4,067 | 4,956 | 4,807 |
| **Weekly Cash Flow** | 216 | 296 | 116 | 83 | (23) | 205 | 10 | 71 | (35) | 274 | 433 | 44 | 193 |
| Beginning Cash Balance | - | 216 | 512 | 628 | 711 | 688 | 893 | 903 | 974 | 940 | 1,213 | 1,646 | 1,690 |
| Ending Cash Balance | 216 | 512 | 628 | 711 | 688 | 893 | 903 | 974 | 940 | 1,213 | 1,646 | 1,690 | 1,883 |
| Monthly cash flow | | | 711 | | | | 263 | | | | | | 909 |
| # of weeks | | | 4 | | | | 4 | | | | | | 5 |