UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   24-1183 |
| Unique Fitness Concepts , LLC | ) | |
| | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER OF TURNOVER

THIS MATTER came to be heard on the Motion of Unique Fitness Concepts , LLC for Turnover pursuant to 11 U.S.C. § 542(a) (the "Motion") filed by the debtor and debtor-in-possession in the above-captioned bankruptcy case ("Debtor"); the Court having determined that proper notice under the circumstances being given and otherwise duly advised as to the proceedings;

IT IS HEREBY ORDERED:

1. The Motion is Granted.

2. Funds held within or associated with those Merchant Accounts maintained by the Debtor with Amazon.com, eBay.com, and Walmart shall be turned over to the Debtor immediately upon presentation of this Order.

3. The Debtor shall otherwise be granted access to those Merchant Accounts provided or facilitated by Amazon.com, eBay.com, and Walmart.

4. Funds held within the Fifth Third Bank account maintained by the Debtor shall be turned over to the Debtor immediately upon presentation of this Order.

5. This Order is immediately valid and fully effective upon its entry by the Court.

Enter:  *Jacqueline P. Cox*

Honorable Jacqueline Cox

Dated:  June 11, 2024

United States Bankruptcy Judge

**Prepared by:**

E. Phillip Groben (ARDC# 6299914)
Email: pgroben@gcklegal.com
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams St., Ste. 2425
Chicago, Illinois 60606
Telephone: (312) 263-2200
Facsimile: (312) 263-2242