UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 24-01183 |
| Unique Fitness Concepts , LLC | ) | |
| | ) | |
| | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

**FINAL AGREED ORDER EXTENDING THE DEBTORS' AUTHORIZED
USE OF CASH COLLATERAL**

THIS MATTER coming before the Court on a continued hearing on the Motion of Unique Fitness Concepts , LLC for Interim Authorize to Use of Cash Collateral Pursuant to 11 U.S.C. §§ 363(c) and 363(e) and Rule 4001(b) of the Federal Rules of Bankruptcy Procedure (the "Motion") filed by the debtor and debtor-in-possession in the above-captioned bankruptcy case ("Debtor"); the Court having determined that proper notice under the circumstances and as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure was provided; the Debtor's use of cash collateral to cover the expenditures set forth on Exhibit A to the Motion is necessary to avoid immediate and irreparable harm to Debtor's estate pending a final hearing on the Motion; and that the adequate protection proposed by the Debtor to be provided to the Debtor's lender(s) is sufficient to cover any projected diminution in value during the Budget period; and the Court having considered the representations and acknowledgments of the Debtor, as set forth below, along with the pleadings, arguments of counsel, and evidence; and no parties in interest objecting to the Debtor's continued use of cash collateral pursuant to the terms of the original order or otherwise raised by any party-in-interest;

IT IS HEREBY ORDERED:

1. The Debtors are authorized to continue to use the cash collateral of BMO Bank,. N.A., Amazon.com Capital Services, and Kapitus Servicing (collectively the "Lenders") to fund working capital, operating expenses, fixed charges, payroll, and all other general corporate purposes arising in the Debtor's ordinary course of business as shown on the Approved Budget attached hereto as Exhibit "A" (the "Approved Budget") and any subsequent budget approved by Lenders and pursuant to the terms of the First Interim Order Authorizing Debtor's Use of Cash Collateral [Docket No. 55] as modified by this Order.

2. The Debtor's use of cash collateral may be extended, prolonged, or broadened beyond that set forth in the Approved Budget, provided (i) that Lenders approves any Budget extending use of cash collateral and (ii) and such use of cash collateral conforms with the terms of this order. A Proposed Budget shall become the Approved Budget upon (i) the Debtor proving a copy of the Proposed Budget to Lenders and (ii) within 2 business days Lenders not responding with a written objection to the Propsed Budget. In the event the Debtor and Lenders are unable to agree on continued use of cash collateral, then the Debtor may file a motion seeking court authority for its continued use cash collateral.

3. As adequate protection for the Debtor's continued use of Cash Collateral, the Debtors will continue to provide Lenders with valid and automatically perfected (without necessity of the execution

Form G5 (20240101_bko)

by the Debtor of additional security agreements, pledge agreements, financing statements, or other documents) replacement liens and security interests in all tangible and intangible personal property acquired by the Debtor after the Petition Date.

    4. The terms of this Order shall be immediately effective and enforceable upon its entry.

    5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Enter:

*J. Cox  Jacqueline P. Cox*

United States Bankruptcy Judge

Dated: 7/16/24

**Prepared by:**

Matthew T. Gensburg (ARDC# 6187247)
Email: mgensburg@ gcklegal.com
E. Phillip Groben (ARDC# 6299914)
Email: pgroben@gcklegal.com
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams St., Ste. 2425 Chicago, Illinois 60606
Telephone: (312) 263-2200
Facsimile: (312) 263-2242