### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Bankr. No.: 24-01183 |
| Unique Fitness Concepts, LLC, ) | |
| ) | Chapter 7 |
| Debtor(s). ) | |
| ) | Hon. Jacqueline P. Cox |
| ) | |

**Findings of Fact and Conclusions of Law in Support of an Order on the First Interim Application of Gensburg Calandriello & Kanter, P.C. as Counsel to the Debtors for the Interim Period from April 22, 2024 through and Including July 31, 2024**
**(Docket No. 74)**

Total Fees Requested: $26,538.50        Total Costs Requested: $20.34
Fees Disallowed: $1,620.60              Costs Disallowed: $0.00
Total Fees Allowed: $24,917.90          Total Costs Allowed: $20.34

Total Fees and Costs Allowed: $24,938.24

This matter comes before the Court on the First and Final Application of First Interim Application of Gensburg Calandriello & Kanter, P.C. (the "Applicant") as Counsel to the Debtors for the Interim Period from April 22, 2024 through and including July 31, 2024 (the "First Interim Application") (Docket No. 74).

It appearing to the Court upon the record herein, and only after due deliberation hereto, for cause appearing in the First Application, IT IS HEREBY ORDERED that: the First Application's request for fees is disallowed in the amount of $1,620.60.

The court denies these fees without prejudice to the Applicant filing a subsequent application and/or a supplement thereto correcting the issues the court noted regarding lumping.

| Date | Name | Description of Services | Hours | Amount | Rate |
|---|---|---|---|---|---|
| 05/08/24 | E. Philip Groben (EPG) | Responded to email from Dave Mack and phone call with same regarding open issues. | 0.50 | $182.50 | $365.00 |
| 05/09/24 | EPG | Phone call with Harvey Reich to discuss open issues and other matters; email to same with notes from conversation. | 1.50 | $547.50 | $492.75 |

| 06/04/24 | EPG | Email exchange with Harvey Reich regarding merchant account service agreements and review of same; drafted motion for turnover of accounts. | 4.00 | $1,460.00 | $365.00 |
|---|---|---|---|---|---|
| 04/22/24 | EPG | Telephone call with Harvey Reich regarding need for authority to use Cash Collateral and email correspondence with Matthew Gensburg regarding same. | 0.50 | $182.50 | $365.00 |
| 04/23/24 | EPG | Review of security agreements, receivable sales, and lease agreements. | 2.20 | $803.00 | $365.00 |
| 05/28/24 | EPG | Phone calls with David Mack, Sandy Morris, Harvey Reich, and Bob Handler prior to presentation of Cash Collateral motion. | 2.30 | $839.50 | $365.00 |
| 07/11/24 | EPG | Created final cash collateral order and emailed copy to Lenders. | 0.50 | $182.50 | $365.00 |
| 04/22/24 | EPG | Research and drafting of motion to extend 1198(b) deadline and phone call with Bob Handler regarding same. | 2.50 | $912.50 | $365.00 |
| 04/23/24 | EPG | Revisions to motion to extend deadline and prepared documents for filing. | 0.60 | $219.00 | $365.00 |
| 06/27/24 | EPG | Final review and amendments of plan; phone call with David Mack to discuss pro forma and liquidation; prepared documents for filing and filed plan. | 2.50 | $912.50 | $365.00 |
| 04/22/24 | EPG | Prepared engagement letter for and drafted motion to substitute counsel; email to Harvey Reich regarding same. | 2.50 | $912.50 | $365.00 |
| 04/29/24 | EPG | Review of loan documents and created synopsis of creditors with possible interest in cash collateral and email to Harvey Reich regarding same. | 1.20 | $438.00 | $365.00 |

| 04/30/24 | EPG | Preparation for and attendance at hearing on Motion to Substitute and Motion for Extension of Plan Filing Deadline; phone call with Nathan Delman following substitution. | 1.00 | $365.00 | $365.00 |
|---|---|---|---|---|---|
| 05/28/24 | EPG | Preparation for and attendance at hearing on Motion for Use of Cash Collateral. | 1.00 | $365.00 | $365.00 |
| 06/11/24 | EPG | Prepared for and attended presentation of Motion for Turnover. | 0.90 | $328.50 | $365.00 |
| 07/09/24 | EPG | Preparation for hearing on Motion to lift TRO; telephone conference with Kapitus; hearing on Motion and review of order. | 1.70 | $620.50 | $365.00 |
| 07/30/24 | EPG | Preparation for and appearance on status of motion to lift stay. | 1.00 | $365.00 | $365.00 |
| 06/11/24 | EPG | Prepare for and participate in call with B. Factor regarding outstanding questions. | 0.90 | $513.00 | $365.00 |
| 07/09/24 | EPG | Preparation for hearing on Motion to lift TRO; telephone conference with Kapitus; hearing on Motion and review of order. | 1.70 | $620.50 | $365.00 |
| 07/30/24 | EPG | Preparation for and appearance on status of motion to lift stay. | 1.00 | $365.00 | $365.00 |

## I. Rationale for the Disallowed Fees

Bankruptcy courts have the "independent authority and responsibility to determine the reasonableness of all fee requests, regardless of whether objections are filed." *See In re Wildman*, 72 B.R. 700, 705 (Bankr. N.D. Ill. 1987) (citations omitted); *see also In re Vancil Contracting, Inc.*, No. 06-71254, 2008 WL 207533, at *2 (Bankr. C.D. Ill. Jan. 25, 2008) (citations omitted). Section 330 of the Bankruptcy Code governs compensation and provides, *inter alia*, that the court may award to professionals "reasonable compensation for actual, necessary services" rendered by such professionals. *In re Wildman*, 72 B.R. at 707 (citing 11 U.S.C. § 330).

### 1. Lumping

"The standard in this District for compensable time entries has been for over thirty years that the applicant must account for its time in minimum increments of tenths of an hour." *In re Direct*

*Media Power, Inc.*, No. 16BK36934, 2018 WL 4726012, at *3 (Bankr. N.D. Ill. Sept. 28, 2018), *aff'd*, No. 18 C 7397, 2019 WL 4601736 (N.D. Ill. Sept. 23, 2019) (citing *In re Wildman*, 72 B.R. at 708-09, 726).

The court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. at 709 ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. . . . Each type of service should be listed with the corresponding specific time allotment.") (citations omitted)); *see In re Direct Media Power, Inc.*, 2019 WL 4601736, at *3 (citations omitted). For this reason, fees are reduced by 10 percent each for the time entries above. *See* First Interim Application (Dkt. 74), Ex. B, pp. 4-9.

## II. Allowed Fees and Expenses

In light of the foregoing, it is HEREBY ORDERED that:

1. Interim approval of the First Interim Application (Docket No. 74) is granted in part and denied in part.

2. Fees are disallowed in the amount of $1,620.60.

3. Gensburg Calandriello & Kanter, P.C. ("Gensburg Calandriello"), is allowed compensation in the amount of $24,917.90 and reimbursement of expenses in the amount of $20.34 for the time period from April 22, 2024, through and including July 31, 2024 in its Application, for a total award of $24,938.24.

4. Gensburg Calandriello may apply any unused portion of a prepetition retainer to the compensation herein.

5. The Debtor is authorized to disburse to Gensburg Calandriello payments in the amount of the allowed fees ($24,917.90) and the allowed expenses ($20.34) herein.

*Jacqueline P. Cox*
*J. Cox*

**Date**: September 25, 2024     **ENTER**: _____

Chief Judge Jacqueline P. Cox
United States Bankruptcy Court
Northern District of Illinois